UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-04831-SVW-RAO | Date | July 28, 2021 |
| Title | KIERZEK v. MAYORKAS et al | | |

## JS - 6

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**       IN CHAMBERS ORDER MOVING CASE TO THE INACTIVE
CALENDAR


Regarding the motion to dismiss, the Court has reviewed the  briefing and supporting materials, including the Batura Declaration.  See Dkts. 19, 20, 21; see also Safe Air for Everyone v. Meyer, 373 F.3d 1035, 1039 (9th Cir. 2004) (in resolving factual attack on jurisdiction district court may review evidence beyond complaint without converting motion to dismiss into motion for summary judgment). In light of that review, the Court concludes that the I-765 and I-131 applications are dependent upon adjudication of the I-485 application for which statutory authorization has lapsed.  Accordingly, the case is hereby stayed pending re-authorization of the I-485 program.  The parties are ORDERED to file a status report requesting that the stay be lifted once Congress re-authorizes the I-485 program.

| | : | |
|---|---|---|
| Initials of Preparer | PMC | |